ORIGINAL



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 8 2018

CLERK, U.S. DISTRICT COURT
By _____
 Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. |
| IGNACIO ROMAN-HERRERA | **3-18CR-237-K** |

### INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a) and (b)(2)]

On or about February 25, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Ignacio Roman-Herrera,** an alien, was found in the United States after having been deported and removed therefrom on or about March 4, 2011, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the Defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8694
Facsimile: 214-659-8800
Email: nicole.dana@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

IGNACIO ROMAN-HERRERA

INDICTMENT

8 U.S.C. § 1326(a) and (b)(2)
Illegal Reentry After Removal from the United States

1 Count

A true bill rendered

DALLAS                                                                                          FOREPERSON

Filed in open court this 8th day of May, 2018.

---

**Warrant to be Issued - In ICE Custody**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending